FILED FOR RECORD 08/03/2021 14:35:40
Kyle S. Hannan, DY CLERK
JEFFERSON PARISH, LA

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 820-033                                        DIVISION " B "

DONNA SOFTLEY

VERSUS

WALMART CLAIMS SERVICES, INC. AND XYZ INSURANCE COMPANY

FILED: _____    _____
                                        DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of Donna Softley, a person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana, respectfully represents:

1.

Made defendants herein are:

a)  WALMART CLAIMS SERVICES, INC., a business authorized to do and doing business in the Parish of Jefferson, State of Louisiana; and

b)  XYZ INSURANCE COMPANY, a foreign insurance company that is authorized to do and doing business in the State of Louisiana,

who are truly and justly indebted unto your petitioner for the following reasons to wit:

2.

On or about the 5th day of October, 2020, your petitioner, Donna Softley, while walking down one of the aisles of Walmart, Supercenter (hereinafter "Walmart"), located at 5110 Jefferson Hwy., Harahan, LA, she slipped and fell on what appeared to be a "soapy" substance spilled all over the floor thereby causing petitioner to land on her backside. At all times relevant hereto, defendant had knowledge of the spillage on the floor of the aisle.

3.

The proximate cause of the incident was the negligence of defendants in the following but non-exclusive respects:

a)  Failure to maintain the premises in a safe condition;

b)  Creating an Unreasonable Risk of Harm;

c)  Failing to Warn;

EXHIBIT

A

tabbies®

d)    Failing to provide a safe aisle;

e)    Res Ipsa Loquitur; and

f)    All other acts of negligence to be shown at the time of the trial.

4.

As a result of the negligence of the defendant(s), your petitioner suffered extensive injuries including but not limited to her neck, right shoulder, back, left wrist and index finger, and right leg for which she is entitled to be compensated.

5.

Petitioner itemizes her damages as follows:

a) Past, present and future pain and suffering;

b) Past, present and future emotional pain and suffering;

c) Medical bills, past, present and future; and

d) Lost wages and/or loss of earning capacity.

6.

At all relevant times, defendant XYZ Insurance Company provided liability coverage for the premises described above, which were owned and/or operated by Walmart Claims Services, Inc. for the types of damages sought herein, and, as such, XYZ Insurance Company is made a party defendant.

7.

Petitioner avers amicable demand upon defendants to no avail.

WHEREFORE, your petitioner, Donna Softley, prays that the defendants, Walmart Claims Services, Inc. and XYZ Insurance Company, be served with a copy of this petition, and after all legal delays they be required to answer same and after all proceedings there be a judgment in favor of petitioner, for all amounts commensurate with her damages to be determined by the trier of fact; said judgment against defendants, jointly, severally, and in solido, together with legal interest, thereon from the date of judicial demand until paid, for all cost of these proceedings, for all expert fees and for all general and equitable relief.

Respectfully submitted,

KENNETH W. ANDRIEU - 20675
KENNETH W. ANDRIEU & ASSOCIATES
4311 S. Prieur
New Orleans, LA   70125
Phone: (504) 421-2120
Fax: (504) 827-1159
Attorney for Petitioner,
Donna Softley


**PLEASE SERVE**:

WALMART CLAIMS SERVICES, INC.
through its agent for service,
C T CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, LA   70816

AND

XYZ INSURANCE COMPANY
through its agent for service,
Secretary of State
Baton Rouge, LA

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON