**CT Corporation**

**Service of Process Transmittal**
08/12/2021
CT Log Number 540066658

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Louisiana

**FOR:** Walmart Claims Services, Inc. (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Softley Donna, Pltf. vs. Walmart Claims Services, Inc. and XYZ Insurance Company, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Verification(s), Request(s), Interrogatories |
| **COURT/AGENCY:** | 24th Judicial District Court Parish Jefferson, LA<br>Case # 820033 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/05/2020, Walmart Supercenter located at 5100 Jefferson Hwy., Harahan, LA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/12/2021 at 08:45 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Kenneth W. Andrieu<br>Kenneth W. Andrieu & Associates<br>4311 S. Prieur<br>New Orleans, LA 70125<br>504-421-2120 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/12/2021, Expected Purge Date: 08/17/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / JD

EXHIBIT B

[SERVICE COPY] / [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES/ VERIFICATION/ REQUEST FOR WRITTEN NOTICE/ INTERROGATORIES/ REQUEST FOR PRODUCTION OF DOCUMENTS/ REQUEST FOR ADMISSIONS;

210805-5238-9

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

DONNA SOFTLEY
   versus
WALMART CLAIMS SERVICES INC, XYZ INSURANCE COMPANY

Case: 820-033    Div: "B"
P 1 DONNA SOFTLEY

To: WALMART CLAIMS SERVICES INC
THROUGH ITS AGENT FOR SERVICE
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

EBR#9195 - $78.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/ VERIFICATION/ REQUEST FOR WRITTEN NOTICE/ INTERROGATORIES/ REQUEST FOR PRODUCTION OF DOCUMENTS/ REQUEST FOR ADMISSIONS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR days** after the service hereof, under penalty of default.

This service was requested by attorney KENNETH W. ANDRIEU and was issued by the Clerk of Court on the 5th day of August, 2021.

/s/ Raquel M Macabitas
Raquel M Macabitas, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES/ VERIFICATION/ REQUEST FOR WRITTEN NOTICE/ INTERROGATORIES/ REQUEST FOR PRODUCTION OF DOCUMENTS/ REQUEST FOR ADMISSIONS;

210805-5238-9

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal      ___ Domicilary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant    ___ Received too late to serve
  ___ Moved    ___ No longer works at this address
  ___ No such address    ___ Need apartment / building number
  ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____