FILED FOR RECORD 08/23/2021 12:39:27
Mauresa K. Adams, DY CLERK
JEFFERSON PARISH, LA

| | |
|---|---|
| DONNA SOFTLEY | DOCKET #820-033 DIV. B |
| VERSUS | 24TH JUDICIAL DISTRICT COURT |
| WALMART CLAIMS SERVICES, INC. AND XYZ INSURANCE COMPANY | PARISH OF JEFFERSON |
| | STATE OF LOUISIANA |

## FIRST AMENDED AND SUPPLEMENTAL PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, DONNA SOFTLEY, who respectfully amends her Original Petition for Damages as follows:

A. To amend Paragraph 1 to read as follows:

1.

Made defendants herein are:

a) Wal-Mart Louisiana, LLC, a limited liability company whose principal place of business in Bentonville, Arkansas and who is authorized to do and is doing business in the State of Louisiana; and

b) XYZ INSURANCE COMPANY, a foreign insurance company that is authorized to do and is doing business in the State of Louisiana,

who are truly and justly indebted unto your petitioner for the following reasons to wit:

B. To add Paragraph 6 to read as follows:

6.

At all relevant times, defendant XYZ Insurance Company provided liability coverage for the premises described in the Original Petition for Damages, which were owned and/or operated by Wal-Mart Louisiana, LLC for the types of damages sought herein, and, as such XYZ Insurance Company is made a party defendant. Alternatively, Wal-Mart Louisiana, LLC is self-insured, and thus, is personally liable itself for the types of damages sought herein.

7.

Petitioner reavers and realleges all allegations plead in its Original Petition for Damages as if copied *in extenso*.

8.

No Answer has been filed to date; henceforth, leave of court is not warranted in order to file this First Amended and Supplemental Petition for Damages.



EXHIBIT C

WHEREFORE, your Petitioner prays that Defendants be duly cited and served with a copy of the First Amended and Supplemental Petition For Damages, and after all legal delays and due proceedings, that there be a judgment in favor of Petitioner Donna Softley for an amount reasonable in the premises and against Defendants Wal-Mart Louisiana, LLC and XYZ Insurance Company, jointly and severally, to include damages for past, present and future medical expenses; damages for past, present and future physical and mental suffering; for loss of enjoyment of life; for permanent disabilities; for impairment of earning capacity and/or lost wages; for inconvenience; together with interest from the date of judicial demand until paid and for all cost of these proceedings including expert fees and all other general and equitable relief.

RESPECTFULLY SUBMITTED:

_____
KENNETH W. ANDRIEU #20675
KENNETH W. ANDRIEU & ASSOCS.
4311 South Prieur Street
New Orleans, LA 70125
Telephone: 504-421-2120
Facsimile: 504-827-1159
Email: kandrieu11@cox.net
Attorney for Petitioner Donna Softley

## CERTIFICATION

I hereby certify that a copy of the above and foregoing pleading has been forwarded by E-Mail, Facsimile and/or U.S. Mail, postage prepaid, to all counsel of record.

New Orleans, Louisiana this 23rd day of August, 2021.

_____
KENNETH W. ANDRIEU