2021062520001548001

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                    REMOTE CSID       DURATION    PAGES    STATUS
June 25, 2021 at 5:13:47 PM EDT  504 827 1159      71          2        Received

06/25/2021  16:51   504-827-1159         PAUL M ANDRIEU SR                PAGE  01
```

# KENNETH W. ANDRIEU & ASSOCIATES, L.L.C.
## 4311 S. PRIEUR STREET
## NEW ORLEANS, LA 70125
## 504-421-2120

June 25, 2021

<u>**VIA FACSIMILE**</u>          (877) 219-0742          (2) Pages

Polly Hamm
Case Manager II
Walmart Claims Services, Inc.
P.O. Box 14731
Lexington, KY 40512-4731

     Re: **DEMAND**
        Claimant: Donna Softley
        Your File No. 9284123
        D/L: 08/05/2020
        Facility # 1353
        Entity Name: Walmart Inc.

Dear Polly:

    As a reminder this matter involves a slip and fall which occurred on 08/05/2020 in the Walmart Store, located on Jefferson Hwy., Jefferson, LA.

    As a result of the incident, Claimant Donna Softly sustained injuries which included but are not limited to her left wrist, neck, right shoulder, low back, and right leg. For a period of five (5) months, Claimant treated with New Orleans Uptown Health Care Center. Medical specials therein totaled $2,379.00.

    On 01/06/2021, Claimant underwent MRIs of the cervical spine, thoracic spine, lumbar spine, and right hamstring. Said findings revealed disc bulges at C3-4, C4-5 and C5-6 with a herniation at C6-7; bulges at L2-3, L3-4, and L4-5; multiple bulges in the thoracic spine; and an Ischio-femoral impingement in right lower extremity. Costs of these MRIs totaled $6,900.00.

    Hereinafter, on 02/10/2021, Claimant commenced to treat with Dr. F. Allen Johnston, Orthopedic Surgeon. Said treatment now also includes PT with Metropolitan Health Group. Continuing to suffer with intense pain in her right shoulder area, Dr. Johnson ordered a right shoulder MRI which was performed on 04/22/21. Said findings revealed a recurrent right rotator cuff tear. Costs of right shoulder MRI totaled $695.00.

    On 03/24/2021 Dr. Johnson performed an injection in Claimant's right shoulder. Dr. Johnston's medical bill through 03/24/2021 totals $807.00.

6/25/2021

**EXHIBIT**
D

A quantum study for rotator cuff repair surgery has awarded between 350K to 675K. See <u>Vance v. International House of Pancakes, LLC</u>, No. 20-33 (La. App. 3 Cir. 2020) wherein the Third Circuit awarded $675K for shoulder surgery; <u>Smith v. Vercher</u>, No. 258,930 (9th JDC 2019) wherein $355K was awarded for a shoulder surgery recommendation; and <u>Crawford v. Corrigan</u>, 2017-3686 (Civil District Court 2019) wherein $350K was awarded for shoulder surgery.

In light of the above, Claimant would be amenable to settling her respective claim for $500K. Please review the matter and let us hear back from you within the next 15 days for the prescriptive period is rapidly approaching, and we will need to file suit should we not be able to resolve the matter. With warm regards, I remain

Very truly yours,

KENNETH W. ANDRIEU

**6/25/2021**