

### Louisiana Orthopaedic & Spine Institute

Rose Dedon
1940 O'Neal Lane, Suite A, Baton Rouge, LA 70816
Phone 225-755-5115     Fax 225-751-0863

| | | | |
|---|---|---|---|
| Attorney: | **Kenneth Andrieu** | Date: | June 28, 2021 |
| Phone: | 225-421-2701 | Fax: | 844-497-2416 |
| Patient: | **Donna Softley** | | |

| Code | Procedure | Levels | Surgeon's Estimated Fees |
|---|---|---|---|
| 29827 | Shoulder Arthroscopy - repair rotator cuff | 1 | $ 4,631.00 |
| 29823 | Shoulder Arthroscopy - debridement, extensive | 1 | $ 3,440.00 |
| | Physician Assistant - surgery assistance fees | | $ 1,129.94 |
| | Surgeon's Total Estimated Fees | | $ 9,200.94 |
| | **Surgeon's Required Deposit** | | $ 4,600.47 |

Length of Procedure(s):            (estimated time)

We would like to schedule the above patient as soon as possible. To authorize this procedure, please sign and fax this form to 225-751-0863, along with a copy of your deposit check payable to F. Allen Johnston, M.D. When we receive these documents, we will call the patient to confirm the date of the procedure.

Please note this estimate does not include the hospital charges. This is an estimate only of the required deposit towards the surgeon's fees, which may vary depending on the actual procedures performed.

The procedure will be performed at BRASS Surgery Center, 5328 Didesse Drive, Baton Rouge. Please contact the BRASS billing office at 225-766-1718 for hospital fees. Typically, the hospital will require pre-payment in order for the case to be scheduled by our office.

Attorney Approval: _____        Date: _____

This form, including all content and macros other than company logos, is the copyrighted property of Vista Partners, LLC. Used under licensing agreement.



EXHIBIT E

7/7/2021