UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONNA SOFTLEY | * | CIVIL ACTION NO. 21-cv-01673 |
| | * | |
| VERSUS | * | JUDGE SUSIE MORGAN |
| | * | |
| WALMART CLAIMS SERVICE, INC. | * | MAGISTRATE DONNA PHILLIPS |
| AND XYZ INSURANCE COMPANY | * | CURRAULT |
| | * | |
| | * | JURY TRIAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the joint motion to dismiss with prejudice;

**IT IS ORDERED** that the above entitled and numbered cause be and the same is hereby

**DISMISSED WITH PREJUDICE,** each party to bear its own costs.

New Orleans, Louisiana, this 29th day of March, 2022.

_____
SUSIE MORGAN
UNTIED STATES DISTRICT JUDGE
